FILED
08/30/2023
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS A. FUGATE,<br><br>Defendant. | VIOLATION:<br>E2028777<br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $25 fine and $30 processing fee for violation E2028777 (for a total of $55), and for good cause shown, **IT IS ORDERED** that the $55 fine paid by the defendant is accepted as a full adjudication of violation E2028777.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 29, 2023, is **VACATED.**

DATED this 30th day of   August  , 2023.

_____
John Johnston
United States Magistrate Judge